UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20473-CR-MOORE

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RENE SIERRA,

        Defendant.
_____/

SATISFACTION OF CRIMINAL MONETARY PENALTIES JUDGMENT

    Plaintiff, United States of America, through its undersigned United States Attorney for the Southern District of Florida, hereby deems satisfied, the Criminal Monetary Penalties Judgment regarding assessment/fine/restitution imposed on December 1, 2016, against Rene Sierra. The Clerk of the Court, Southern District of Florida, is authorized and empowered to satisfy and cancel said Judgment of record.

        Respectfully submitted,

        JUAN ANTONIO GONZALEZ
        UNITED STATES ATTORNEY

BY:   */s/ Vivian Rosado*
        Vivian Rosado
        Assistant United States Attorney
        99 NE 4th Street, Suite 300
        Miami, FL 33132-2111
        Fla. Bar No. 849367
        Tel: (305) 961-9313
        E-mail: vivian.rosado@usdoj.gov